IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

CANDRID PHALONE MAMON, #R0812                                                    PLAINTIFF

VERSUS                                       CIVIL ACTION NO. 3:09cv304-DPJ-JCS

UNKNOWN WHOLEMAN, et al.                                                 DEFENDANTS

<u>ORDER</u>

This cause comes before this court, <u>sua sponte</u>. Upon a review of the docket entries, this court finds that the orders [3 & 4] entered May 20, 2009, were mailed to the plaintiff at Unit 32, Parchman, Mississippi, the address he provided this court in his complaint. However, these orders were returned by the postal service with a notation "return to sender - no mail receptacle - unable to forward." Upon a further review of the documents submitted by the plaintiff, this Court finds that a different address was reflected on the plaintiff's return address of the envelope used to mail the complaint to this court. This different address is Unit 42 instead of Unit 32 at Parchman. Therefore, out of an abundance of caution, it is hereby,

ORDERED:

1. That the clerk is directed to change the plaintiff's address to Candrid Mamon, #R0812, Unit 42, Parchman, Mississippi 38738.

2. That the plaintiff is granted **until and including August 3, 2009**, to comply with the orders [3 & 4] of May 20, 2009.

3. That the clerk is directed to mail a copy of the orders [3 & 4] entered on May 20, 2009, to the plaintiff's new address as provided for in "1" of this order.

4. That the plaintiff submit his responses to orders [3 & 4] entered on May 20, 2009, to the Clerk, Jackson Division, P.O. Box 23552, Jackson, Mississippi 39225-3552.

5. That the plaintiff is warned that failure to advise this court of a change of address or failure to comply with any order of this court will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in the dismissal of this case. The plaintiff is responsible for advising this court of his correct address and this includes any change of address.

THIS, the 16th day of July, 2009.

*s/ James C. Sumner*
UNITED STATES MAGISTRATE JUDGE